**Jerryal J. CULLER, Plaintiff— Appellant,**

v.

**Jeanne S. WOODFORD; et al., Defendants—Appellees.**

No. 06–15818.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 13, 2009.

Jerryal J. Culler, Soledad, CA, pro se.

Michael W. Jorgenson, Esq., AGCA–Office of the California Attorney General, Oakland, CA, for Defendants–Appellees.

Before: WALLACE, TROTT and RYMER, Circuit Judges.

MEMORANDUM **

California state prisoner Jerryal J. Culler appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action, without prejudice, for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed the action because Culler did not properly exhaust prison grievance procedures prior to filing suit in federal court. *See Woodford v. Ngo,* 548 U.S. 81, 90–91, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (explaining that "proper exhaustion" requires adherence to administrative procedural rules); *McKinney v. Carey,* 311 F.3d 1198, 1200–01 (9th Cir.2002) (per curiam) (requiring inmates to exhaust administrative procedures before, not after, filing suit in federal court).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.